# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Darrell Graf, | ) |
|         Plaintiff, | ) |
| vs. | ) **ORDER** |
| Sara Sorenson; Jeff Jenner; Austin Hoffman; David Ackerman; Donald Kallenberger; Rodney Hoffman, | ) Case No. 1:20-cv-191 |
|         Defendants. | ) |

On October 14, 2020, plaintiff initiated the above-captioned action pro se. (Doc. No. 1). On November 4, 2020., Defendant filed a Motion to Dismiss. (Doc. No. 7). On November 12, 2020, plaintiff filed notice of his consent to the Magistrate Judge's exercise of jurisdiction. (Doc. No. 9). On November 20, 2020, plaintiff filed what the court construes as a notice of voluntary dismissal. (Doc. No. 13). In light of this notice, the court **ORDERS** that the above-captioned action be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 23rd day of November, 2020.

                                      */s/ Clare R. Hochhalter*
                                      Clare R. Hochhalter, Magistrate Judge
                                      United States District Court